```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24756
   MARCELINA PAGAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5689


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 07/01/2004 and was confirmed 09/16/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  24.44% from remaining funds.

       The case was paid in full 10/15/2007.
--------------------------------------------------------------------------
  CREDITOR NAME                CLASS        CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
  AMERICAN MEDICAL COLLECT  UNSECURED        NOT FILED           .00             .00
  ATG CREDIT LLC            UNSECURED        NOT FILED           .00             .00
  BLATT HASENMILLER LEIBSK  UNSECURED        NOT FILED           .00             .00
  CARD PROCESSING CENTER    UNSECURED        NOT FILED           .00             .00
  CHGO INSTITUTE OF NEUROS  UNSECURED        NOT FILED           .00             .00
  CLAIMS ACCOUNTING         UNSECURED        NOT FILED           .00             .00
  CLAIMS ACCOUNTING         UNSECURED        NOT FILED           .00             .00
  CONNECTICUT GENERAL LIFE  UNSECURED        NOT FILED           .00             .00
  CONNECTICUT GENERAL LIFE  UNSECURED        NOT FILED           .00             .00
  CONNECTICUT GENERAL LIFE  UNSECURED        NOT FILED           .00             .00
  DIAGNOSTIC RADIOLOGY SPE  UNSECURED        NOT FILED           .00             .00
  DIAGNOSTIC RADIOLOGY SPE  UNSECURED        NOT FILED           .00             .00
  FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00             .00
  FINANICAL RECOVERY SERVI  UNSECURED        NOT FILED           .00             .00
  PREMIER BANCARD CHARTER   UNSECURED OTH      516.28            .00          126.17
  VANRU CREDIT              NOTICE ONLY      NOT FILED           .00             .00
  I C COLLECTION SERVICE    UNSECURED        NOT FILED           .00             .00
  ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED           .00             .00
  I C COLLECTION SERVICE    UNSECURED        NOT FILED           .00             .00
  JERROLD SHARPIRO          UNSECURED        NOT FILED           .00             .00
  KS COUNSELORS             UNSECURED        NOT FILED           .00             .00
  LAWRENCE CLUSKIN MD       UNSECURED        NOT FILED           .00             .00
  LAWRENCE CLUSKIN MD       UNSECURED        NOT FILED           .00             .00
  MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00             .00
  NATIONAL ENTERPRISE SYST  UNSECURED        NOT FILED           .00             .00
  NEWTON & ASSOC            UNSECURED        NOT FILED           .00             .00
  RETAILERS NATIONAL BANK   NOTICE ONLY      NOT FILED           .00             .00
  PARK WEST MEDICAL GROUP   UNSECURED        NOT FILED           .00             .00
  PATHOLOGY CHP S C         UNSECURED        NOT FILED           .00             .00
  PROGRESSIVE RECOVERY TEC  UNSECURED        NOT FILED           .00             .00
  PROGRESSIVE RECOVERY TEC  UNSECURED        NOT FILED           .00             .00
  QUEST DIAGNOSTICS         UNSECURED        NOT FILED           .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 24756 MARCELINA PAGAN
```

```
QUEST DIAGNOSTICS         UNSECURED      NOT FILED             .00             .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED             .00             .00
ST JOSEPH HOSPITAL        UNSECURED      NOT FILED             .00             .00
RETAILERS NATIONAL BANK   UNSECURED      NOT FILED             .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED             .00             .00
SCH PATHOLOGY CONSULTANT  UNSECURED      NOT FILED             .00             .00
STATE OF ILINOIS          UNSECURED      NOT FILED             .00             .00
SWEDISH COVENANT HOSP     UNSECURED      NOT FILED             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED      NOT FILED             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED      NOT FILED             .00             .00
UNITED CREDIT CORP        UNSECURED      NOT FILED             .00             .00
VAN RU FINANCIAL          UNSECURED      NOT FILED             .00             .00
VERIZON WIRELESS          UNSECURED         583.17             .00          142.53
TOYOTA MOTOR CREDIT       SECURED          1712.58          177.29         1712.58
RESURGENT ACQUISITION LL  UNSECURED        1132.52             .00          276.79
VERIZON WIRELESS          UNSECURED         635.98             .00          155.43
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,005.20                        2,005.20
TOM VAUGHN                TRUSTEE                                           264.01
DEBTOR REFUND             REFUND                                             20.00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,880.00

PRIORITY                                              .00
SECURED                                          1,712.58
    INTEREST                                       177.29
UNSECURED                                          700.92
ADMINISTRATIVE                                   2,005.20
TRUSTEE COMPENSATION                               264.01
DEBTOR REFUND                                       20.00
                        ---------------     ---------------
TOTALS                   4,880.00                4,880.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
          CASE NO. 04 B 24756 MARCELINA PAGAN